Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

Case No. _Kawana Williams_

Case: 1:24−cv−03064
Assigned To : Unassigned
Assign. Date : 10/22/2024
Description: Pro Se Gen. Civ. (F−DECK)

(to be filled in by the Clerk's Office)

**Plaintiff(s)** _Kawana Williams_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jury Trial: (check one)  ☐ Yes  ☐ No

**Defendant(s)** _Delta-T-Group Maryland Inc._
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kawana Williams
Street Address: 3030 30th St SE #301
City and County: Washington DC
State and Zip Code: DC 20020
Telephone Number: 240 620 1587
E-mail Address: Kawana.Williams@walden.edu

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

RECEIVED
OCT 22 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia


Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
   Name: Delta-T-Group Maryland Inc
   Job or Title (if known): Contractor / State government
   Street Address: C/O Richana Patel
   City and County: P.O. Box 884
   State and Zip Code: Bryn Mawr, PA 19010
   Telephone Number:
   E-mail Address (if known): rpatel@delta-tg.com

Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 3
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 4
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Scanned with CamScanner

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Please see the attached claime relief

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* Kawana Williams, is a citizen of the State of *(name)* Washington DC.

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* Kawana Williams, is incorporated under the laws of the State of *(name)* Washington DC, and has its principal place of business in the State of *(name)* Washington DC.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* Delta-T-Group, is a citizen of the State of *(name)* Maryland. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation
The defendant, *(name)* __Delta-T-Group__, is incorporated under the laws of the State of *(name)* __Washington DC__, and has its principal place of business in the State of *(name)* __Maryland__.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* __Washington DC__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Please see the attached claim c Relief

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plase see the attached Claim c Relief

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plase see the attach Claim c Relief

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/16/2024

Signature of Plaintiff
Printed Name of Plaintiff: Rawana Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Scanned with CamScanner

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Kawana Williams

Well-Konnect LLC.,
Plaintiff,

v.

Delta-T Group Maryland, Inc.,
Defendant.

**Case No. [Insert Case Number pending]**

Related case No. 2024-CAB-2990

- **Court:** Superior Court of the District of Columbia, Civil Division
- **Judge:** Neal E. Kravitz

## COMPLAINT

### I. Introduction

1. This is a civil action seeking damages and equitable relief This civil action involves a claim for damages and equitable relief for breach of contract and wrongful termination. The plaintiff, Kawana J. Williams, alleges that she entered into a contract with the defendant, Delta-T Maryland, and performed her duties as per the contract. However, the plaintiff disputes the validity of an additional agreement entered into on October 31, 2023, and asserts that she did not sign this agreement, seeking damages for fraud and harassment. The plaintiff was terminated from her position less than one week into the agreement without proper notice, which is alleged to be a violation of the terms of the contract. As a result, the plaintiff is seeking compensation for the breach of contract, including payment for specific months, and equitable relief to enforce the original agreement or provide compensation under a breach of contract claim. The plaintiff also raised concerns regarding personal jurisdiction and enduring relationships, as well as allegations of fraudulent activities and cybercrime in the amount of 75,000 dollars.

2. **II. Jurisdiction and Venue**



2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) because the parties are citizens of different states and the amount in controversy exceeds $600,000.

3. Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district.

### III. Parties

4. Plaintiff Kawana Williams is a resident of the District of Columbia and the owner of Well Konnect, LLC, a company organized under the laws of the District of Columbia.

5. Defendant Delta-T Group Maryland, Inc. is a corporation organized under the laws of Maryland with its principal place of business in Maryland.

### IV. Factual Background

The plaintiff, Kawana J. Williams, entered into a contract with the defendant, Delta-T Maryland, on July 21, 2023, and performed her duties as per the contract. However, a dispute arose regarding an additional agreement entered into on October 31, 2023, as the plaintiff claims she did not sign this agreement and seeks damages for fraud and harassment. The plaintiff was terminated from her position less than one week into the agreement without proper notice, which is a clear violation of the terms of the agreement.

As a result, the plaintiff seeks compensation for the breach of contract, including payment for the months of November and December, as well as an additional 30 days if notice is not given again. The plaintiff requests that the agreement be honored moving forward and that she be allowed to work on the contracted assignment, or compensation under a breach of contract claim be provided.

The plaintiff also indicated concerns about personal jurisdiction and enduring relationships, as well as the need to find out who signed the October agreement, which she believes to be fraudulent. Additionally, there were mentions of subpoenaing phone call records and email correspondence, as well as allegations of cybercrime and breaches of the law.



In summary, the plaintiff is seeking compensation for the breach of contract and relief for the termination of her position, while also raising concerns about the validity of the additional agreement and pursuing legal actions regarding the disputed events.

### V. Claims for Relief

**Count I: [Specify the Legal Claim, e.g., Breach of Contract]**

7. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

8. The specific actions or omissions by the defendant that constitute the legal claim include:

   A. Allegedly entering into an additional agreement on October 31, 2023, without the plaintiff's consent, leading to a dispute over the validity of this agreement. Terminating the plaintiff from her position less than one week into the contract without providing proper notice, which the plaintiff asserts as a violation of the terms of the agreement. Alleged fraudulent activities and harassment related to the disputed agreement and the termination of the plaintiff's position. Failure to honor the terms of the original contract and provide compensation for the breach of contract.

9. financial damages due to breach of contract, including loss of income for the months of November and December, as well as additional harm resulting from the termination of her position without proper notice. The Plaintiff also claims damages for fraud and harassment, seeking compensation for the harm suffered as a result of the disputed agreement and the termination of her employment

10. .**VI. Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and grant the following relief:

A. Compensatory damages in an amount to be determined at trial;

B. Punitive damages in an amount to be determined at trial;

C. Pre- and post-judgment interest as allowed by law;

D. Costs and expenses of this action, including reasonable attorneys' fees;

E. The defendant has not provided Strong evidence in this case would include any documentation related to the original contract recruitment Representative correspondence, and records of performance. Additionally, evidence that supports the plaintiff's claim of not signing the additional agreement on October 31, 2023, and any



documentation or communication related to the termination of the plaintiff's position would be crucial. Any emails, text messages, or other correspondence that demonstrate the alleged fraudulent activities and harassment, as well as evidence of financial harm suffered by the plaintiff has been provided to the court. It is essential to present a clear and coherent narrative supported by concrete evidence to plaintiff's case in this case otherwise Award Such Plaintiff other alternative resolution and further relief as the Court deems just and proper in the amount of $600,000. .

**VII. Jury Demand**

The plaintiff demands a trial by jury on all issues so triable.

Dated: [Insert Date]

Respectfully submitted,

_____

Dr. Kawana J. Williams

Well-Konnect LLC.

Healthcare Law, Legal, Ethics Experts Office of District of Columbia

Pro Se

3030 30th ST Southeast #301

Washington, DC 20020

Kawana.Williams@walden.edu
Attorney for Plaintiff

_____

Make sure to fill in the specific details relevant to your case. If you have any questions or need further assistance, feel free to ask!

